## MEMORANDUM DECISIONS.

ABBATI, Respondent, v. LA VECCHIO et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Gaetano Abbati against Carmine La Vecchio and another. F. J. Moses, for appellants. R. Maggio, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ACCETTA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Basilio C. Accetta, as administrator, against the Erie Railroad Company. R. L. Von Bermuth, for appellant. B. Aronson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADAMSON, Appellant, v. SPEAR, Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick W. Adamson against Asa A. Spear, as trustee of Louisa A. Baker. No opinion. Judgment of the Municipal Court affirmed, with costs.

ÆTNA ELEVATOR CO. v. DEEVES et al. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by the Ætna Elevator Company against Richard Deeves and another. No opinion. Motion denied. Order filed.

ALTENKIRCH, Respondent, v. NATIONAL BISCUIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Max Altenkirch against the National Biscuit Company. No opinion. Judgment and order unanimously affirmed, with costs.

ALVAREZ, Appellant, v. CAMARGO, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1908.) Action by Jose R. Alvarez against Tomas C. Camargo. No opinion. Motion denied, on condition that the appeal be brought on for argument on June 19, 1908. Order filed.

ALVAREZ, Appellant, v. CAMARGO, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Jose R. Alvarez against Tomas C. Camargo. H. Hoelljes, for appellant. P. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ANDREWS, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Lewis G. Andrews against Lewis H. Green. No opinion. Judgment of the Municipal Court affirmed, with costs.

A. ANGELWITZ & CO. v. GOLDMAN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by A. Angelwitz & Co. against Louis Goldman. No opinion. Application denied, with $10 costs. Order signed.

ATKINSON, Respondent, v. CONSOLIDATED RENDERING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Elmer E. Atkinson against the Consolidated Rendering Company. No opinion. Judgment and order affirmed, with costs.

BAKER, Appellant, v. SEGGIE, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by John O. Baker against William Seggie. B. L. Peck, for appellant. C. E. Travis, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. CLARKE and SCOTT, JJ., dissent.

BALLIET, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Josephine E. Balliet against the Metropolitan Life Insurance Company. No opinion. Motion denied.

BARBEN, Appellant, v. RATNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by John D. Barben against Louis Ratner. No opinion. Judgment of the Municipal Court affirmed, with costs.

BARDSLEY et al., Respondents, v. MARINE ENGINE & MACHINE CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Joseph Bardsley and others against the Marine Engine & Machine Company. D. Flannagan, for appellant. A. L. Davis, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BARNES et al., Respondents, v. MIDLAND R. TERMINAL CO., Appellant. (Supreme